**Order entered June 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00475-CV**

**IN RE NICOLAS BOULLET, Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-07797**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus, and **DENY** relator's motion for temporary relief as moot.

/s/    ERIN A. NOWELL
        JUSTICE